O

# United States District Court
# Central District of California

| | |
|---|---|
| RUBEN PAUL GONZALEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CBC RESTAURANT CORP., d/b/a CORNER BAKERY, d/b/a CORNER BAKERY CAFE; THE IRVINE COMPANY; and MICHAEL J. HISLOP,<br><br>    Defendants. | Case No. 8:15-CV-01762-ODW(AGR)<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION** |

On October 29, 2015, Plaintiff Ruben Paul Gonzalez, filed a complaint against Defendants, alleging violations of the ADA and California disability laws. (Compl. 4-7, ECF No. 1.) Plaintiff claims that the restroom at the Corner Door Cafe located at 816 Spectrum Center Drive in Irvine is too small to be reasonably accessed by a wheelchair user like him. (Id. ¶¶7-13.) However, Defendant never filed an answer. Plaintiff has taken no further action to prosecute this case.

Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE**, in writing, no later than October 26, 2016, why the Court should not dismiss this action without

prejudice for lack of prosecution. No hearing will be held. Failure to file a timely written response to this Order will result in the dismissal of the action without prejudice without further warning from the Court.

**IT IS SO ORDERED.**

October 13, 2016

_____
   **OTIS D. WRIGHT, II**
   **UNITED STATES DISTRICT JUDGE**