JS-6
O

# United States District Court
# Central District of California

| | |
|---|---|
| RUBEN PAUL GONZALEZ,<br><br>       Plaintiff,<br><br>    v.<br><br>CBC RESTAURANT CORP., d/b/a CORNER BAKERY, d/b/a CORNER BAKERY CAFE; THE IRVINE COMPANY; and MICHAEL J. HISLOP,<br><br>       Defendants. | Case No. 8:15-CV-01762-ODW(AGR)<br><br>**ORDER DISMISSING CASE** |

///
///
///
///
///
///
///
///
///



1 On October 13, 2016, the Court issued an Order to Show Cause why this action
2 should not be dismissed for lack of prosecution. (ECF No. 12.) That order gave
3 Plaintiff until October 26, 2016 to file a response or face dismissal of this action.
4 Plaintiff did not file a response by that date. Accordingly, the Court **DISMISSES** this
5 matter *without prejudice*.

7 **IT IS SO ORDERED.**
8 October 31, 2016

10 _____
11 **OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**